USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GHALY DEVICES LLC,
                Plaintiff,

-against-

19 CIVIL 2318 (GHW)

## JUDGMENT

HUMOR RAINBOW, INC.,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2020, Although Ghaly has plausibly alleged direct infringement, the 479 Patent is drawn to a patent-ineligible subject matter under Section 101. Consequently, Humor's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        March 9, 2020

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

BY:    */s/ K. Mango*

                                            **Deputy Clerk**